■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACEY POLACK, Appellant. [823 NYS2d 116]—Judgment, Supreme Court, New York County (Laura Ward, J.), rendered on or about October 8, 2002, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Marlow, McGuire and Malone, JJ.